UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN CRUMP,

          Plaintiff,

v.

ALAMEDA COUNTY SUPERIOR CT et al,

          Defendant.

Case Number: CV07-03707 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Crump
P.O. Box 3178
Fairfield, CA 94533

Attorney General's Office
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102

Dated: November 16, 2007

          Richard W. Wieking, Clerk
          By: Barbara Espinoza, Deputy Clerk