1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DANE R. GILLETTE
Chief Assistant Attorney General
3  GERALD A. ENGLER
Senior Assistant Attorney General
4  PEGGY S. RUFFRA
Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM
Deputy Attorney General
6  State Bar No. 94925
  455 Golden Gate Avenue, Suite 11000
7  San Francisco, CA 94102-7004
  Telephone: 415 703-5870
8  Fax: (415) 703-1234
Attorneys for Respondent
9

IN THE UNITED STATES DISTRICT COURT
10
FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12

13  **STEPHEN CRUMP,**                              C   07-3707 CRB

14                              Petitioner,         **EX PARTE APPLICATION FOR
                                                    EXTENSION OF TIME TO FILE**
15          v.                                      **ANSWER TO PETITION FOR
                                                    WRIT OF HABEAS CORPUS**
16  **ALAMEDA COUNTY SUPERIOR COURT, et
    al.,**
17
                              Respondent.
18

19

20          Pursuant to Civil L.R. 6-1(b), respondent requests a 61-day extension of time, to and

21  including Monday, March 17, 2008, in which to file the answer to petition for writ of habeas corpus

22  pursuant to this Court's order to show cause.  The order to show cause was filed on November 16,

23  2007.  The application is based on the file in this case and the attached declaration of Sharon G.

24  Birenbaum.

25  ///

26  ///

27  ///

28

APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER  - *Crump v. Alameda Cty. Sup. Ct.,* C 07-3707 CRB

1     WHEREFORE, respondent respectfully requests that this Court grant an extension of time,

2  to and including March 17, 2008, in which to file the answer.

3          Dated: January 3, 2008

4                                          Respectfully submitted,

5                                          EDMUND G. BROWN JR.
                                           Attorney General of the State of California
6
                                           DANE R. GILLETTE
7                                          Chief Assistant Attorney General

8                                          GERALD A. ENGLER
                                           Senior Assistant Attorney General
9
                                           PEGGY S. RUFFRA
10                                         Supervising Deputy Attorney General

11
                                           /s/ Sharon G. Birenbaum
12                                         SHARON G. BIRENBAUM
                                           Deputy Attorney General
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28