EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON G. BIRENBAUM
Deputy Attorney General
State Bar No. 94925
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: 415 703-5870
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN CRUMP,<br><br>                Petitioner,<br><br>v.<br><br>ALAMEDA COUNTY SUPERIOR COURT, et al.<br><br>                Respondent. | C 07-3572 CRB<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

SHARON G. BIRENBAUM declares under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am responsible for the preparation and filing of an answer to the Petition for Writ of Habeas Corpus.

2. On November 16, 2007, this Court filed the Order to Show Cause, which requires respondent to file an answer and relevant trial transcripts within 60 days. Our docketing unit received the order on November 20, 2007. Upon receiving the order, I requested our docketing staff to retrieve the file in petitioner's state appeal, which had been closed and sent to storage in Sacramento.

3. Since receiving the order to show cause, I filed respondent's briefs in *People v. Hart*, A118845, *People v. Moelk*, A117635, and *People v. Eaton*, A117297, in which defendants

Declaration in Support of Time Extension Request - *Crump v. Alameda,* No. C 07-3707 CRB

had filed their opening briefs before the order was filed in this case. I also prepared and am in the process of filing a motion to dismiss a petition for writ of habeas corpus for failure to exhaust state remedies in this Court in *Brown v. Malfi*, C 06-7140 CRB. Petitioner raised 41 issues in his federal habeas and several petitions in the state courts which had to be analyzed.

     5. Before I can turn my attention to the instant case, I must file respondent's briefs in state court in *People v. Monteverde*, H031351, *People v. Anderson*, H031106, and *People v. Chandler*, A114037, which has a large record and in which defendant raises numerous issues on appeal. The defendants in these cases filed their opening briefs before the order in this case issued.

     6. I have not contacted petitioner. He is representing himself and is currently incarcerated in state prison.

     I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 3, 2008.

                                            /s/ Sharon G. Birenbaum
                                            SHARON G. BIRENBAUM
                                            Deputy Attorney General