IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEPHEN CRUMP,** | C 07-3707 CRB |
| Petitioner, | **[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ALAMEDA COUNTY SUPERIOR COURT, et al.,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record, is extended to and including March 17, 2008.

DATED: _____

_____
CHARLES R. BREYER
United States District Judge

PROPOSED ORDER - *Crump v. Alameda County Superior Court*, C 07-3707 CRB