1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9       SAN FRANCISCO DIVISION
10

**STEPHEN CRUMP,**                              C 07-3707 CRB

                                Petitioner,     **[PROPOSED] ORDER
                                                EXTENDING TIME WITHIN
                                                WHICH TO FILE ANSWER TO
        v.                                      PETITION FOR WRIT OF
                                                HABEAS CORPUS**
**ALAMEDA COUNTY SUPERIOR COURT, et
al.,**

                                Respondent.

        GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent

is to answer the petition for writ of habeas corpus and provide the relevant state record, is  extended

to and including March 17, 2008.

        DATED:  January 11, 2008



IT IS SO ORDERED

Judge Charles R. Breyer

PROPOSED ORDER - *Crump v. Alameda County Superior Court*, C 07-3707 CRB