1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | SHARON G. BIRENBAUM, State Bar No. 94925
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone:  (415) 703-5870
Fax:  (415) 703-1234
8 | Email:  Sharon.Birenbaum@doj.ca.gov

9 | Attorneys for Respondent

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | STEPHEN CRUMP,                                              C 07-3707 CRB (PR)

16 |                                         Petitioner,        **EX PARTE APPLICATION
FOR EXTENSION OF TIME
TO FILE ANSWER TO
PETITION FOR WRIT OF
HABEAS CORPUS**

17 |               v.

18 | ALAMEDA COUNTY SUPERIOR COURT, et al.,

19 |                                         Respondent.

20

21 |          Pursuant to Civil L.R. 6-1(b), respondent requests a 45-day extension of time, to and

22 | including May 1, 2008, in which to file the answer to petition for writ of habeas corpus pursuant to

23 | this Court's order to show cause.  The order to show cause was filed on November 16, 2007.

24 | Respondent received one 60-day time extension, and the answer is due on March 17, 2007.  The

25 | application is based on the file in this case and the attached declaration of Sharon G. Birenbaum.

26 | ///

27 | ///

28 | ///

Application for Extension of Time to File Answer                    *Crump v. Alameda County Superior Court, et al.*
C 07-3707 CRB (PR)

1

1          WHEREFORE, respondent respectfully requests that this Court grant an extension of time,

2    to and including May 1, 2008, in which to file the answer.

3          Dated:  March 4, 2008

4                              Respectfully submitted,

5                              EDMUND G. BROWN JR.
                               Attorney General of the State of California

6                              DANE R. GILLETTE
                               Chief Assistant Attorney General

7
                               GERALD A. ENGLER
8                              Senior Assistant Attorney General

9                              PEGGY S. RUFFRA
                               Supervising Deputy Attorney General

10

11
                               /s/ Sharon G. Birenbaum
12                             SHARON G. BIRENBAUM
                               Deputy Attorney General
13                             Attorneys for Respondent

14

15   40225202.wpd
     SF2007403128
16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Extension of Time to File Answer          *Crump v. Alameda County Superior Court, et al.*
                                                          C 07-3707 CRB (PR)

2