EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON G. BIRENBAUM, State Bar No. 94925
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5870
  Fax:  (415) 703-1234
  Email:  Sharon.Birenbaum@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEPHEN CRUMP,**<br><br>                              Petitioner,<br><br>v.<br><br>**ALAMEDA COUNTY SUPERIOR COURT, et al.,**<br><br>                              Respondent. | C 07-3707 CRB (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

SHARON G. BIRENBAUM declares under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am responsible for the preparation and filing of an answer to the Petition for Writ of Habeas Corpus.

2. On November 16, 2007, this Court filed the Order to Show Cause, which requires respondent to file an answer and relevant trial transcripts within 60 days. We have received one 60-day time extension, and the answer is due on March 17, 2008.

3. Since receiving the previous time extension, I filed respondent's briefs in *People v. Monteverde*, H031351, *People v. Anderson*, H031106, *People v. Rosales*, A117266, and *People v.*

1 *Vasquez*, H031781.  I also had to prepare for oral argument in *People v. Satterfield*, H030305.

2      4.  Before I can turn my attention to the instant case, I must file respondent's brief in state court in *People v. Chandler*, A114037, which has a voluminous record and in which defendant raises numerous issues on appeal.  The defendant in *Chandler* filed her opening brief before this Court's order to show cause issued.

6      5.  I have not contacted petitioner, who is representing himself.

7      I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on March 4, 2008.

       /s/ Sharon G. Birenbaum
SHARON G. BIRENBAUM
Deputy Attorney General

40225203.wpd
SF2007403128

Declaration in Support of Time Extension Request      *Crump v. Alameda County Superior Court, et al.*
C 07-3707 CRB (PR)