IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEPHEN CRUMP,**<br><br>                                      Petitioner,<br><br>          v.<br><br>**ALAMEDA COUNTY SUPERIOR COURT, et al.,**<br><br>                                      Respondent. | C 07-3707 CRB (PR)<br><br>**[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record, is extended to and including May 1, 2008.

Dated: _____          _____
                                                                     CHARLES R. BREYER
                                                                     United States District Judge