EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON G. BIRENBAUM
Deputy Attorney General
State Bar No. 94925
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5870
 Fax: (415) 703-1234
 Email: sharon.birenbaum@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEPHEN CRUMP,**<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>**ALAMEDA COUNTY SUPERIOR COURT, et al.,**<br><br>　　　　　　　　　　　Respondent. | C 07-3707 CRB<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent provides the following answer to the petition for writ of habeas corpus:

I.

Petitioner, Stephen Crump, was committed to the California Department of Corrections for three years, eight months, after a valid conviction by jury trial in Alameda County Superior Court, Case Number C148253, for two counts of making criminal threats pursuant to Penal Code section 422. CT 100, 137, 139, 170-71, 200-02.[1]

---

1. "CT" refers to the clerk's transcripts of petitioner's state court trial, lodged with this court as Exhibit A; "RT" refers to the reporter's transcripts of petitioner's state court trial, lodged with this court as Exhibit B. All statutory references are to the California Penal Code unless otherwise specified.

Answer To Petition for Writ of Habeas Corpus - *Crump v. Alameda County Superior Court* - C 07-3707 CRB

**II.**

Petitioner filed an appeal of his conviction in the California Court of Appeal, First Appellate District, Division Three, claiming that the trial court violated his constitutional rights by failing to appoint alienists and hold a competency hearing, and improperly imposed the upper term. Exh. C (Appellant's Opening Brief), Exh. D (Respondent's Brief), Exh. E (Appellant's Reply Brief).

**III.**

In an unpublished decision filed on February 27, 2007, the Court of Appeal remanded the case for resentencing pursuant to *Cunningham v. California*, 549 U.S. __, 127 S.Ct. 856 (2007), but in all other respects affirmed the judgment. Exh. F.

**IV.**

Petitioner filed a petition for review in the California Supreme Court. Exh. G. On May 11, 2007, the Supreme Court denied review. Exh. H.

**V.**

Petitioner has exhausted his state remedies[2] and his petition is timely.

**VI.**

Petitioner's conviction was not obtained in violation of any federal constitutional right, and each and every claim in the petition is without merit. Specifically, respondent denies that the trial court violated petitioner's constitutional rights by failing to appoint alienists or hold a competency hearing.

**VII.**

Except as specifically admitted herein, respondent denies all material factual averments of the petition.

**VIII.**

We submit herewith the relevant record of the state trial and appellate court proceedings as itemized in the accompanying receipt for exhibits.

---

2. In his petition, petitioner makes certain factual assertions. See Petition at page 6 and following pages. To the extent any of his factual assertions were not before the state court, they should not be considered by this court or the petition should be held to be unexhausted.

Answer To Petition for Writ of Habeas Corpus - *Crump v. Alameda County Superior Court* - C 07-3707 CRB

**CONCLUSION**

WHEREFORE, respondent respectfully submits that the order to show cause be discharged, the petition for writ of habeas corpus be denied, and this action be dismissed.

Dated: April 28, 2008

                              Respectfully submitted,

                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

                              DANE R. GILLETTE
                              Chief Assistant Attorney General

                              GERALD A. ENGLER
                              Senior Assistant Attorney General

                              PEGGY S. RUFFRA
                              Supervising Deputy Attorney General


                              /s/ Sharon G. Birenbaum
                              SHARON G. BIRENBAUM
                              Deputy Attorney General

                              Attorneys for Respondent