1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   SHARON G. BIRENBAUM
    Deputy Attorney General
6   State Bar No. 94925
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5870
8    Fax:  (415) 703-1234
     Email:  sharon.birenbaum@doj.ca.gov
9   Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14   **STEPHEN CRUMP,**                      C 07-3707 CRB

15                          Petitioner,      **NOTICE OF LODGING
                                             EXHIBITS WITH COURT**
16      **v.**

17   **ALAMEDA COUNTY SUPERIOR COURT, et al.,**

18                          Respondent.

19

20          Notice is hereby given that the following exhibits are lodged in support of

21   respondent's answer and memorandum of points and authorities.

22          Exhibit A      Clerk's Transcripts

23          Exhibit B      Reporter's Transcripts

24          Exhibit C      Appellant's Opening Brief

25          Exhibit D      Respondent's Brief

26          Exhibit E      Appellant's Reply Brief

27          Exhibit F      Unpublished Opinion of the California Court of Appeal

28          Exhibit G      Petition for Review

Notice of Lodging Exhibits with Court                    *Crump v. Alameda County Superior Court*
                                                                              C 07-3707 CRB

1    Exhibit H    California Supreme Court Order Denying Review

2    Exhibit I    Competency Reports of Dr. Gerald Davenport and Dr. Karen Franklin

3    Exhibit J    Court of Appeal Docket in *People v. Crump*, Case No. A080391

4    Dated:  April 28, 2008

5                          Respectfully submitted,

6                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

7                          DANE R. GILLETTE
                           Chief Assistant Attorney General

8
                           GERALD A. ENGLER
9                          Senior Assistant Attorney General

                           PEGGY S. RUFFRA
10                         Supervising Deputy Attorney General

11

12                         /s/ Sharon G. Birenbaum
                           SHARON G. BIRENBAUM
13                         Deputy Attorney General
                           Attorneys for Respondent
14

15

16    40246275.wpd
      SF2007403128
17

18

19

20

21

22

23

24

25

26

27

28