Stephen Crump
P.O. Box 3178
Fairfield, California, 94533
Petitioner in Pro Per



IN THE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Stephen Crump, | ) | |
| Petitioner, | ) | Case No.  CV-07-3707 CRB |
| | ) | |
| vs. | ) | **TRAVERSE** |
| Alameda County Superior Court | ) | |
| Respondent, | ) | |

Petitioner, STEPHEN CRUMP, by and through representing himself, by way of Traverse to Respondent's Answer, alleges as follows:

I.

Petitioner admits that he is in custody as stated by Respondent. However, petitioner contends that his conviction is "unlawful" for the reasons set forth herein and in the Petition for Writ of Habeas Corpus.

II.

Admitted as to the cause of petitioner's conviction.

III.  IV.  V.  VI.

Admitted.

III.

Petitioner contends that he is entitled to relief on the following grounds as set forth in the Petition:

Ground One: The trial court violated petitioner's state and federal constitutional rights to due process when it failed to order a competency hearing, when it became apparent he was unable to assist in his defense.

Habeas relief, including but not limited to an evidentiary hearing, should be granted, for the reasons set forth in the Petition and in the Points and Authorities in Support of the Traverse.

IV.

Admitted that the Northern District Court controls the disposition of this case. However, petitioner contends that the state court denied of his habeas claims are contrary to, and result from an unreasonable determination of, clearly established law as promulgated by the U.S. Supreme Court; and are the product of an unreasonable determination of the facts.

V.

Petitioner is entitled to relief on the claims set forth in III.

VI.

Acknowledged.

**WHEREFORE,** Petitioner respectfully requests:

(1) that an evidentiary hearing be granted on Ground 1;
(2) that this Court grant the writ of habeas corpus:
(3) all other appropriate relief

Dated: May 2, 2008.

Respectfully submitted,

*Stephen Crump*

Stephen Crump

Petitioner in Pro Per