①

FILED

AUG -4

August 1, 2008

(CV-07-3707)

CRB

Dear Clerk of the Court,

On August 1, 2008, I had a brief meeting with both parole agent, Mr. Reyes and mental health clinician, Ms. Barbara Wells, in which they were inquiring legal information pertaining to my present case on appeal in this Court, the Northern District Court. I had informed them that I would not speak on my case and that I would not say anything that would possibly "incriminate" myself. Further, I was force to give the names of both federal court judge, who is presiding over my current habeas corpus, along with the court clerk's as well, and if I had not, my parole would have been threaten and jeopardize. I further believe that both agent Reyes and clinician, Ms. Wells will attempt to contact this court to abstract legal information that may be used against me as a form of a reprisal and that may also jeopardize my federal habeas corpus, due to the fact that both parties are forcing me to apply for S.S.I. benefits, wanting me to make a false claim stating that I have a mental illness/disordess so that they can collect money from myself. I shall explain! Currently, the parole office located at 110 12TH ST, San Francisco, California, as me on mental health status....

(Go to next page)

②

... which is called E.O.P.. Parolees that are placed on E.O.P., the parole office helps pay for their rent (which they consider it a loan). Also, the parole agents force and encourage most parolees to apply for S.S.I.. And some do!! However, now that there's a state budget deficient the parole agent(s) are making all parolees who are on mental health status (E.O.P.) "re-pay" what they owe!! (Is this a state law?? Do parolees have to re-pay what is owed to their parole agent(s)?) So, my request to the U.S. District Court, Northern District of California is that I wish for this court not to share any legal information →concerning my case on appeal with no one at the parole office, including my parole agent, Mr. Reyes and clinician, Ms. Barbara Wells. Finally, I do apologize for any inconveniences I may have cause relevant to the nature and purpose of writing this letter to you. It never was my intent, however, I felt it was necessary to inform this Court my situation concerning what has taken place at the parole office and my case on appeal.

Thank you for your time and patience and if there are any questions or comments please feel free to contact me at your earliest convenience. Again, I do personally...
(Go to next page)



... want to apologize if I'm being a burden to the Court, for why and the reasons of writing this urgent letter to you. Please reply if needed.

Respectfully submitted,

Stephen Crump

STEPHEN CRUMP
P.O. Box 3178
Fairfield, California 94533

OAKLAND CA 946
01 AUG 2008 PM 9 T

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California 94102
94102+3432 C004


BLACK CINEMA USA42