

July 30, 2008
(Case No. CV-07-3707)

Dear Clerk of the Court,

I, Stephen Crump, am writing this letter to you as an immediate request that the United States District Court, Northern District of California please send all legal court documents relevant to my federal habeas corpus (case number CV-07-3707) pending in this court to the following address, which is:

Stephen Crump
P.O. Box 3178
Fairfield, California
94533

This requested information would be truly appreciated. And if there are any questions or comments, please feel free to contact me at my current mailing address above at your earliest convenience. Thank you.

Respectfully submitted,

Stephen Crump

P.O. Box 3178
Fairfield, California 94533

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

SAN FRANCISCO CA 941

30 JUL 2008 PM 5 T

94102+3661 C004

